# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable KEVIN R. SWEAZEA

CRIMINAL CLERK'S MINUTES at Las Cruces
(by Zoom Videoconference)

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **21-MJ-88** | Date: | **2/3/2021** | Recording Information: | **LCR SIERRA BLANCA** |
| Clerk: | **B. WILSON** | Type of Hearing: | **ATTORNEY APPOINTMENT** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **DAVID WILLIAM HILL** | **DANIEL RUBIN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **DUSTIN SEGOVIA** | Interpreter: | **N/A** |
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **11:00-11:06 A.M.   6 MIN** |

| | |
|---|---|
| ☐ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Set |

| | |
|---|---|
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | Other: DEFENSE STATES THAT DEFENANT HAS NO INCOME OR ACCESS TO HIS INCOME, AND TO RETAIN AN ATTORNEY, IT WOULD COST $25,000, WHICH THE DEFENDANT WOULD NOT BE ABLE TO PAY.  COURT ORDERS COUNSEL TO REVIEW THE FINANCIAL AFFIDAVIT WITH DEFENDANT, AND IF IT IS DETERMINED THAT HE IS NOT INDIGENT, HE WILL NEED TO REIMBURSE THE FPD FOR SERVICES.  AUSA HAS NO OBJECTION TO MAKING A FUTURE DETERMINATION. |