IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Case No. 2:21-mj-00088-SMV |
| ) | |
| DAVID WILLIAM HILL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**THIS MATTER** having come before the Court on Defendant David William Hill's Unopposed Motion to Extend Grand Jury Deadline, and, the Court having considered all the facts, finds that the ends of justice served by allowing the request to toll the speedy indictment computation outweigh the interest of the defendants and the public in a speedy indictment for the reasons laid out in the motion.   The Court—fully mindful of the mandate of *United States v. Toombs*, 574. F.3d 126 (10th Cir. 2009)—expressly finds that the public's interest in a speedy indictment is outweighed by the (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense, and law enforcement resources if the case proceeded to a speedy indictment; and (3) the potential benefit conferred upon the defendant in an expedited resolution of the case as was outlined in Defendant's motion.

**IT IS HEREBY ORDERED** that said motion is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that a continuance for 60 days, is **GRANTED** and any time period up until then is hereby excluded from the

computation of a speedy indictment pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE